**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | Logo Athletic, Inc., f/k/a TKS Acquisition, Inc., : <br> and Logo Athletic of Nevada, Inc., d/b/a/ <br> Collegiate Graphics, | Chapter 11 |
| | : | |
| | Debtors : | No. 00-4126 (JHW) |

Logo Athletic, Inc.
and Logo Athletic of Nevada, Inc.      :      Chapter 11

-and-                                   :

**04 MBD 10342**

Official Committee of Unsecured Creditors    :
Creditors of Logo Athletic, Inc. and        :
Logo Athletic of Nevada, Inc.                :

                                             :

v.                                           :      ADVERSARY NO. 02-5246 (JHW)

A&A, Ltd.,                                   :

                                             :

**CERTIFICATION OF JUDGMENT FOR REGISTRATION**
**IN ANOTHER DISTRICT**

I, the Clerk of the United States Bankruptcy Court for the District of Delaware, do certify that the attached judgment is a true and correct copy of the original judgment entered in the above entitled proceeding on June 18, 2004, as it appears of record in my office, and that:

☑     No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, has been filed.

☐     No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.

☐     An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.

☐     An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.

DAVID D. BIRD
Clerk of Bankruptcy Court

_11/17/04_
Date

By: _Mary Hyland_
Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LOGO ATHLETIC, INC., f/k/a TKS ACQUISITION, INC., AND LOGO ATHLETIC OF NEVADA, INC., d/b/a COLLEGIATE GRAPHICS,<br><br>Debtors. | Chapter 11<br><br>Case No. 00-4126 (JHW)<br><br>(Jointly Administered) |

| | |
|---|---|
| LOGO ATHLETIC, INC. AND LOGO ATHLETIC OF NEVADA, INC.,<br><br>-and-<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LOGO ATHLETIC, INC. AND LOGO ATHLETIC OF NEVADA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>A&A, LTD.,<br><br>Defendant. | Adversary No. 02-5246 (JHW) |

### JUDGMENT BY DEFAULT

Default was entered against defendant A&A, Ltd. on June 18, 2004. The Plaintiffs have

requested entry of judgment by default and have filed an affidavit of the amount due and stating that this

Defendant is not in the military service. Furthermore, it appears from the record that this Defendant is not

an infant or incompetent person. Therefore, pursuant to Fed.R.Civ. P. 55(b)(1), as incorporated by

Fed.R.Bankr, P. 7055, judgment is entered against this Defendant in favor of the Plaintiffs as follows:

|            |              |
|------------|--------------|
| Principal: | $174,282.00  |
| Costs:     | $    150.00  |
| Total:     | $174,432.00  |

_____June 18, 2004_____
Date

_____/s/ David D. Bird_____
(Clerk of the Bankruptcy Court)

CERTIFIED
AS A TRUE COPY;
ATTEST;
DAVID D. BIRD, CLERK
U.S. BANKRUPTCY COURT

BY: _____ 11/17/04
()Deputy Clerk

# SMITH, GIACOMETTI & CHIKOWSKI
### A LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW

LAND TITLE BUILDING, SUITE 1200
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19110

EDUARDO TEXIDOR, JR.
PARALEGAL

E-MAIL: etexidor@sgclegal.com

TEL: (215) 496-1910
FAX: (215) 496-1915

SENTRY OFFICE PLAZA
216 HADDON AVENUE, SUITE 704
WESTMONT, NEW JERSEY 08108
TEL: (856) 858-4573
FAX: (856) 858-4606

901 NORTH MARKET STREET, SUITE 840
WILMINGTON, DELAWARE 19801
TEL: (302) 654-1315
FAX: (302) 654-1465

November 18, 2004

**VIA OVERNIGHT MAIL**
Attn: Deborah Keefe
United States Bankruptcy Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way-Suite 2300
Boston, MA 02210

04 MBD 10342

RE:    **Logo Athletic, Inc. -- Bankruptcy No. 00-4126 (JHW)**
       **Transfer of Judgment**

Dear Sir/Madam:

Enclosed please find the Certification of Judgment by Default, Judgment by Default, and a check in the amount of $39.00 as payment for the transfer of judgment in the Adversary Proceeding No. 02-5246, relating to Logo Athletic, Inc..

Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

Very Truly Yours,

Eduardo A. Texidor, Jr.
for SMITH GIACOMETTI & CHIKOWSKI

Enclosures