UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST EXECUTION                    CIVIL ACTION NO. 04-MC-10342 .

To the United States Marshal for the District of Massachusetts or either of his Deputies and to ___Francis J. Trapasso___, Special Process Server:

WHEREAS ___Official Committee of Unsecured Creditors of Logo Athletic, Inc. and Logo Athletic of Nevada, Inc.___ has recovered judgment against ___A&A, Ltd. in the United States Bankruptcy Court for the District of Delaware___ on the __18th__ day of ___June, 2004___, for the sum of $__174,282.00__, debt or damage, pre-judgment interest in the amount of $___---___, and costs of this suit in the amount of $__150.00__, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $__174,432.00__, in the whole, with interest thereon at the rate of __2.24__ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at __Boston__, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this ____ day of ___December, 2004___.

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

(Execution 1st Mod. 2/2000)                                        [writexec.]