UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF LOGO ATHLETIC, INC.,
AND LOGO ATHLETIC OF NEVADA,
INC.,
       Plaintiff

V.

A&A, LTD.,
       Defendant

V.

SOVEREIGN BANK,
       Trustee Defendant

CIVIL ACTION NO. 04-MC-10342

---

## PLAINTIFF'S EX-PARTE MOTION
## FOR TRUSTEE PROCESS ATTACHMENT

The plaintiff, the Official Committee of Unsecured Creditors of Logo Athletic, Inc., and

Logo Athletic of Nevada, Inc. ("Logo Athletic") move pursuant to Fed. R. Civ. P. 69 for an order

approving an attachment by trustee process of the monies of the defendant, A&A, Ltd. ("A&A")

now in possession of the trustee defendant Sovereign Bank (the "Bank") in the amount of its

judgment totaling $174,432.00.

As grounds for this motion, Logo Athletic states as follows:

1.    On June 18, 2004, the United States Bankruptcy Court for the District of

Delaware entered default judgment in favor of Logo Athletic and against A&A in the amount of

$174,432.00 (the "Judgment")

2.    On November 19, 1004, Logo Athletic registered the Judgment with this Court by

filing a Certification of Judgment for Registration in Another District. The above-captioned

{H:\PA\Lit\19666\00001\A0753444.DOC}

miscellaneous docket number was assigned to the Judgment registered in this District. A true copy of the Judgment and Certification of Judgment for Registration in Another District are attached as **Exhibit A**.

3.    The trustee defendant, Sovereign Bank, is a banking institution with a usual place of business in Massachusetts. Upon information and belief, the Bank holds funds in trust for A&A that are due Logo Athletic absolutely and without further condition.

4.    A party seeking execution of a money judgment may use any of the provisional remedies of the forum state at the time the remedy is sought. Fed. R. Civ. P. 69.

5.    There is a reasonable likelihood that A&A would remove funds from the trustee if notified of any effort to attach them.

6.    There is no known liability insurance available to satisfy the Judgment which Logo Athletic recovered against A&A.

WHEREFORE, the Official Committee of Unsecured Creditors of Logo Athletic, Inc., and Logo Athletic Of Nevada, Inc., demands that an order enter granting it leave to attach the accounts of the judgment debtor, A&A, Ltd., and that a summons issue on trustee process under M.G.L. c.246 in the amount of $174,432.00.



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LOGO ATHLETIC, INC., f/k/a TKS ACQUISITION, INC., AND LOGO ATHLETIC OF NEVADA, INC., d/b/a COLLEGIATE GRAPHICS, | Case No. 00-4126 (JHW) |
| | (Jointly Administered) |
| Debtors. | |
| LOGO ATHLETIC, INC. AND LOGO ATHLETIC OF NEVADA, INC., | |
| -and- | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LOGO ATHLETIC, INC. AND LOGO ATHLETIC OF NEVADA, INC., | |
| Plaintiffs, | |
| v. | Adversary No. 02-5246 (JHW) |
| A&A, LTD., | |
| Defendant. | |

### JUDGMENT BY DEFAULT

Default was entered against defendant A&A, Ltd. on June 18, 2004.   The Plaintiffs have

requested entry of judgment by default and have filed an affidavit of the amount due and stating that this

Defendant is not in the military service.   Furthermore, it appears from the record that this Defendant is not

an infant or incompetent person.   Therefore, pursuant to Fed.R.Civ. P. 55(b)(1), as incorporated by

Fed.R.Bankr. P. 7055, judgment is entered against this Defendant in favor of the Plaintiffs as follows:

| | |
|---|---|
| Principal: | $174,282.00 |
| Costs: | $     150.00 |
| Total: | $174,432.00 |

| | |
|---|---|
| _____June 18, 2004_____ | _____/s/ David D. Bird_____ |
| Date | (Clerk of the Bankruptcy Court) |

CERTIFIED:
AS A TRUE COPY:
ATTEST:
DAVID D. BIRD, CLERK
U.S. BANKRUPTCY COURT

BY: _/s/ Mary Hyland 11/17/04_
Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | Logo Athletic, Inc., f/k/a TKS Acquisition, Inc., : | Chapter 11 |
| | and Logo Athletic of Nevada, Inc., d/b/a/ : | |
| | Collegiate Graphics, : | |
| | : | |
| | Debtors : | No. 00-4126 (JHW) |

| | | |
|---|---|---|
| | Logo Athletic, Inc. : | Chapter 11 |
| | and Logo Athletic of Nevada, Inc. : | |
| | : | |
| | -and- : | |
| | : | |
| | Official Committee of Unsecured Creditors : | |
| | Creditors of Logo Athletic, Inc. and : | |
| | Logo Athletic of Nevada, Inc. : | |
| | : | |
| | v. : | |
| | : | ADVERSARY NO. 02-5246 (JHW) |
| | A&A, Ltd., : | |
| | : | |

### CERTIFICATION OF JUDGMENT FOR REGISTRATION
### IN ANOTHER DISTRICT

I, the Clerk of the United States Bankruptcy Court for the District of Delaware, do certify that the attached judgment is a true and correct copy of the original judgment entered in the above entitled proceeding on June 18, 2004, as it appears of record in my office, and that:

☑ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.

DAVID D. BIRD
_____
Clerk of Bankruptcy Court

11/17/04
_____
Date

By: _____
Deputy Clerk

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF LOGO
ATHLETIC, INC., AND LOGO
ATHLETIC OF NEVADA, INC.,

By its attorney,


Arthur S. Wells, Esq., BBO #643132
David K. McCay, Esq., BBO #646921
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: December  7 , 2004