**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Official Committee of Unsecured Creditors of Logo Athletic, Inc. and Logo Athletic of Nevada, Inc. | 04-MC-10342 |
| DEFENDANT | TYPE OF PROCESS |
| A & A, Ltd. | Execution |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sovereign Bank

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

100 Oliver Street, Boston, MA, 02110 (or most convenient Sovereign Bank branch)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Arthur S. Wells, Esq.
Mirick O'Connell
100 Front Street
Worcester, MA  01608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 DEC 13 P 2:30

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (508) 791-8500

DATE: 12/13/04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | | 12/13/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Claudio Roman (asst MGR)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Date of Service: 12/15/04   Time: 1:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45 | | | |

REMARKS:

---

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     **FORM USM-285 (Rev. 12/15/80)**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                                            CIVIL ACTION NO. 04-MC-10342 .

To the United States Marshal for the District of Massachusetts or either of his Deputies and to ___Francis J. Trapasso___, Special Process Server:

WHEREAS ___Official Committee of Unsecured Creditors of Logo Athletic, Inc. and Logo Athletic of Nevada, Inc.___ has recovered judgment against ___A&A, Ltd. in the United States Bankruptcy Court for the District of Delaware___ on the __18th__ day of ___June, 2004___, for the sum of $ __174,282.00__, debt or damage, pre-judgment interest in the amount of $ __---__, and costs of this suit in the amount of $ __150.00__, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ __174,432.00__, in the whole, with interest thereon at the rate of __2.24__ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at __Boston__, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this __13th__ day of ___December, 2004___.

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

(Execution 1st)

[writexec.]