UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LOGO ATHLETIC, INC., AND LOGO ATHLETIC OF NEVADA, INC., <br>　　　Plaintiff <br><br> V. <br><br> A&A, LTD., <br>　　　Defendant <br><br> V. <br><br> SOVEREIGN BANK, <br>　　　Trustee Defendant | CIVIL ACTION NO. 04-MC-10342 |

## DISCHARGE OF TRUSTEE

The plaintiff, Official Committee of Unsecured Creditors of Logo Athletic, Inc., and Logo Athletic of Nevada, Inc., hereby discharges the trustee, Sovereign Bank, in the above-entitled action.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF LOGO ATHLETIC, INC.,
AND LOGO ATHLETIC OF NEVADA, INC

By its attorneys,

_/s/ David K. McCay_
Arthur S. Wells, Esq., BBO #643132
David K. McCay, Esq., BBO #646921
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:　 (508) 791-8502

Dated: December 23, 2004

{H:\PA\Lit\19666\00001\A0759310.DOC}

## CERTIFICATE OF SERVICE

 I, David K. McCay, hereby certify that I have this day served a copy of the foregoing document, by electronic mail to Harry J. Giacometti, Esq. and William Burnett, Esq., Smith Giacometti & Chikowski, LLC, Land Title Building, 100 South Broad Street, Suite 1200, Philadelphia, PA 19110 and to Brian Sullivan, Esq. and Amy Brown, Esq., Werb Sullivan, 300 Delaware Ave., Wilmington, Delaware 19899.

/s/ David K. McCay<br>
David K. McCay, Esq.

Dated: December 23, 2004