

TRUSTEE'S ANSWER                                                    EFFECTS

THE COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

CIVIL ACTION
04-MC-10342

**Official Committee of Unsecured Creditors of Logo Athletic Inc and Logo Athletic of Nevada Inc**

v.

**A & A Ltd**

**ANSWER OF ALLEGED TRUSTEE**

And now Sovereign Bank, summoned as trustee of the principal defendant **A & A Ltd**, in the above-entitled action, and appears by Susan R. Davison, its Manager, and makes answer that it had in its hand subject to attachment the sum of **One Hundred Seventy Four Thousand Four Hundred Thirty Two Dollars and Zero Cents ($174,432.00)** standing in the name of **A & A Ltd**. Of this the said Susan R. Davison submits herself to examination upon her oath.

The foregoing answer is made and subscribed to under the penalties of perjury.

**Sovereign Bank**

By: *Susan R. Davison* (signature)

**Susan R. Davison**
Manager
 Mail Stop MA1 MB3 02 10
P. O. Box 841005
Boston, MA  02284
Phone (617) 533-1789
Fax (617) 533-1931

December 22, 2004

*FILED WOBURN DISTRICT COURT 04 DEC 23 PM 2:20*

www.sovereignbank.com